**Opinion filed August 31, 2016**



## In The

# Eleventh Court of Appeals

_____

## No. 11-16-00126-CR

_____

## ROBERT PANDO III, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Ector County, Texas**
**Trial Court Cause No. 14-4702**

### M E M O R A N D U M   O P I N I O N

Robert Pando III, Appellant, has filed a motion to dismiss his appeal. In the motion, Appellant states that his appeal is now moot and requests that this court dismiss the appeal. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

August 31, 2016                                                                                 PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.